# EXHIBIT B

EXHIBIT B

## DC-16-02500 - MARITZA ORTIZ, et al vs. JOHNSON & JOHNSON, et al

Case Number: DC-16-02500
File Date: 02/29/2016
Case Status: OPEN

Court: 116th District Court
Case Type: OTHER (CIVIL)

---

PLAINTIFF : ORTIZ, MARITZA
Address:
  3031 Allen St
  Dallas TX 75204

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : MEADOWS, CAROLYN

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : JOHNSON, GINGER

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : JOHNSON, VALERIE S

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : JOHNSON, LEILA

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : COLLINS, CHRISTINE

Active Attorneys
  Lead Attorney:
  **GOSS, TIM K**

Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : KARR, RHONDA

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : DELL, CHERIE

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : MOSLEY, PATRICIA

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : WATSON, PAMELA

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : HERRERA-PLEASANT, KAREN

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : BARILE, GERALDINE

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : SMITH, SANDRA

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : MITCHELL, JOAN

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : KIERSTEAD, LINDA

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : CANTRELL, TERESA

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : HARDEE, SANDRA

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : SHOFFNER, SHARON

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : HALL, MARY

Active Attorneys

Lead Attorney:

**GOSS, TIM K**

Retained

Work Phone: 214-761-6617

Fax Phone: 214-761-6688

PLAINTIFF : COBB, DEBBIE

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : VIERS, KRISTEN

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : MOSLEY, RAYMOND

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : LEONE-JOY, JACQUELINE

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : SOTERO, RENEE

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : POWELL, REBBECCA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : SWAIN, MARTHA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained

PLAINTIFF : WEISS, KAREN

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : NOGRADY, JANE

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WOLFE, PAMELA

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CARTER, ANGELA

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : SCHOLL, GINGER

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : STADLER, DONNA

**Active Attorneys**
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WOOLEY, MARY

**Active Attorneys**

Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : HOWARD, RITA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : FAGUNDES, MARGARET

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WAHL, GEORGETTE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : LEONARD, CAROLYN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CRAIGHEAD, DORA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : HYAMS, KIMBERLY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : ALONZO, KATHY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : ALLRED, MELISSA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : BARCROFT, LYNDA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WILSON, JERRI

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CAPPS, DIANE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : THOMPSON, SARA LYNN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CASTANEDA, ZULEMA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617

PLAINTIFF : ROBINSON, CONNIE

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : CARMAN, ANNA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : AHMAD, PATRICIA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : MURPHY, LAVONDA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : SPENCER, MARION

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : HICKMAN, ESTATE OF RITA

Active Attorneys
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : PETREE, SHEILA

Active Attorneys
  Lead Attorney:

**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : SCHOOLEY, CHRISTI

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : FOSTER, BETTY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : KNOWLES, CHARLOTTE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MOORE, JOY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WINN, SHELLEY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : THORPE, LISHA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : GATEWOOD, BINNIE                Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : AGYIN, MONICA                   Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : CASTILLO, EDITH                 Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : MAROLD, GLORIA                  Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : DAVILA, VICTORIA                Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : CANALES, RACHEL                 Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : KITE, LOUISE                    Active Attorneys
                                            Lead Attorney:
                                              **GOSS, TIM K**
                                            Retained
                                            Work Phone: 214-761-6617
                                            Fax Phone: 214-761-6688

PLAINTIFF : REDFERN, JUDY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : EAKES, LISA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : TURNER, TAMMY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : LOUNSBERRY, DIXIE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : BONNER, LARITHA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CARROLL, JERI

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : CANNON, LETITIA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**

Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : TARANGO, REBECCA

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : WASHINGTON, DEBORAH

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : MILLHOUSE, STEPHANIE

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : DANAHER, KAREN

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : BROWN, EMILY

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : FOLAND, SHEILA

Active Attorneys
   Lead Attorney:
      **GOSS, TIM K**
   Retained
   Work Phone: 214-761-6617
   Fax Phone: 214-761-6688

PLAINTIFF : WENTWORTH, SANDY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : DANIELS, DONNA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : URWIN-STEWART, CHERYL

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : RYCUS, FREDAL

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MAIDEN, BRENDA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : PRESCOTT, SUSAN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : JONES, TONI

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : BARNES, GAYLE CHRISTEN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : DODGE, PAULA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : KAPALA, KAREN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MATTICE, KAREN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : ADAMS, DENA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : HARPER, SUSAN

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : HOLSAPPLE, PAULA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained

PLAINTIFF : POWELL, LAURIE

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : LEBLANC-GRANT, JEANNINE

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : DEMARAY, SALLY

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : FARRIS, TOSHA

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : WELSH, AMANDA

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : DAVIS, LINDA

**Active Attorneys**
  Lead Attorney:
    **GOSS, TIM K**
  Retained
  Work Phone: 214-761-6617
  Fax Phone: 214-761-6688

PLAINTIFF : DODSON, ELAINE

**Active Attorneys**

Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : SMITH, JAIME

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : KELLY, JUDY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : ALMOND, JUDITH

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : KELLER, SUE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MCKEE, GINGER

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : ROWLES, DARLENE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : REIMER, TERESA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MOORE, MARSHA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MORRIS, MELANIE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : DAVIS, LILLIE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : JENKINS, BEATRICE

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : BETHANCOURT, YAZMINA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : MILLER, BARBARA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617

PLAINTIFF : SEWARD, CHERYL

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : SPEECE, BARBARA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : GLIDDEN, LISA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : WENDELL, SANDRA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : GOLTZ, JODY

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : JOHNSON, DONNA

Active Attorneys
Lead Attorney:
**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : JOHNSON, ANNIE

Active Attorneys
Lead Attorney:

**GOSS, TIM K**
Retained
Work Phone: 214-761-6617
Fax Phone: 214-761-6688

PLAINTIFF : HALL, DEBORAH

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

PLAINTIFF : KING, CECILIA

Active Attorneys
    Lead Attorney:
        **GOSS, TIM K**
    Retained
    Work Phone: 214-761-6617
    Fax Phone: 214-761-6688

DEFENDANT : JOHNSON & JOHNSON

Active Attorneys
    Lead Attorney:
        **STOLLEY, SCOTT PATRICK**
    Retained
    Work Phone: 214-969-1700
    Fax Phone: 214-969-1751

DEFENDANT : ETHICON INC

Active Attorneys
    Lead Attorney:
        **STOLLEY, SCOTT PATRICK**
    Retained
    Work Phone: 214-969-1700
    Fax Phone: 214-969-1751

02/29/2016 NEW CASE FILED (OCA) - CIVIL
02/29/2016 ORIGINAL PETITION
    Ortiz- Dallas County J&J Original Petition 3 - FINAL AS OF 2
    Ortiz - Dallas County Civil District Court Cover Sheet.pdf
    Comment: Plaintiffs' Original Petition
02/29/2016 ISSUE CITATION COMM OF INS OR SOS
    ISSUE CITATION
    ISSUE CITATION
02/29/2016 ISSUE CITATION
03/08/2016 REQUEST FOR SERVICE
    Ortiz- Additional Fee 03.08.16.pdf
    Comment: No Fee Documents
03/08/2016 CITATION SOS/COI/COH/HAG
    Anticipated Server: ATTORNEY    Anticipated Method:
    Actual Server: OUT OF COUNTY    Returned: 03/30/2016
    Anticipated Server: ATTORNEY    Anticipated Method:
    Actual Server: OUT OF COUNTY    Returned: 03/30/2016
    Comment: ATTY - PE

03/10/2016 CITATION ISSUED
03/10/2016 CITATION
    Anticipated Server: ATTORNEY             Anticipated Method:
    Actual Server: PRIVATE PROCESS SERVER    Returned: 03/14/2016
    Comment: CDM/ATTY
03/31/2016 SPECIAL APPEARANCE
    Special Appearance-Ortiz.pdf
    Comment: DEFENDANT ETHICON, INC.'S
03/31/2016 ORIGINAL ANSWER - GENERAL DENIAL
    Defendant Ethicon Answer-(Ortiz).pdf
    Comment: AND SPECIAL APPEARANCE
03/31/2016 JURY DEMAND
04/01/2016 NOTICE OF NONSUIT
    Ortiz Nonsuit of Certain Plaintiffs - 4.1.16.pdf
    Comment: (NO ORDER)
04/06/2016 SPECIAL APPEARANCE
    Johnson & Johnson Special Appearance (Ortiz).pdf
    Comment: DEFENDANT JOHNSON & JOHNSON
04/06/2016 ORIGINAL ANSWER - GENERAL DENIAL
    Johnson & Johnson Original Answer (Ortiz).pdf
    Comment: Defendant Johnson & Johnson's Original Answer



Loading financial information, please wait...

Ortiz- Dallas County J&J Original Petition 3 - FINAL AS OF 2
Ortiz - Dallas County Civil District Court Cover Sheet.pdf
ISSUE CITATION
ISSUE CITATION
Ortiz- Additional Fee 03.08.16.pdf
ETHICON INC - CITATION
ETHICON INC - CITATION SOS/COI/COH/HAG
JOHNSON & JOHNSON - CITATION SOS/COI/COH/HAG
Special Appearance-Ortiz.pdf
Defendant Ethicon Answer-(Ortiz).pdf
Ortiz Nonsuit of Certain Plaintiffs - 4.1.16.pdf
Johnson & Johnson Special Appearance (Ortiz).pdf
Johnson & Johnson Original Answer (Ortiz).pdf