Supplemental Civil Cover Sheet
Page **1** of **2**

# Supplemental Civil Cover Sheet for Cases Removed
# From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 116th District Court, Dallas County, Texas | DC-16-02500 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party and Party Type | Attorney(s) |
|---|---|
| Maritz Ortiz - Plaintiff | See Exhibit B to Civil Cover Sheet |
| other Plaintiffs - see Exhibit A to Civil Cover Sheet | See Exhibit B to Civil Cover Sheet |
| Johnson & Johnson - Defendant | See Exhibit C to Civil Cover Sheet |
| Ethicon, Inc. - Defendant | See Exhibit C to Civil Cover Sheet |
| | |

3. **Jury Demand:**

Was a Jury Demand made in State Court?   ☑ Yes        ☐ No

If "*Yes*," by which party and on what date?

Ethicon, Inc.                                          3/31/16

Party                                                       Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

Was an Answer made in State Court?  ☑ Yes     ☐ No

If "*Yes*," by which party and on what date?

| Johnson & Johnson; Ethicon, Inc. | 4/6/16 & 3/31/16 |
|---|---|
| Party | Date |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason(s) for No Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate any changes from the style on the State Court papers and the reason for that change:

| Party | Reason |
|---|---|
| See attached list of non-suited plaintiffs | The listed plaintiffs filed nonsuits in state court on 4/1/16 |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Plaintiffs | All Plaintiffs are alleging personal injuries from pelvic mesh products made by Ethicon. |

Nonsuited Plaintiffs in *Ortiz*

Tosha Farris
Lynda Barcroft
LaVonda Murphy
Mary Jane Wooley
Rebecca Tarango
Sandra Wendell
Deborah Ann Washington
Karen Danaher
Emily Brown